INNOCENZO SABATINO, Respondent, v. THE ROEBLING
CONSTRUCTION CO., Appellant.

Reported below, 143 App. Div. 955.
(Submitted May 29, 1911; decided June 6, 1911.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered March 10, 1911, affirming a
judgment in favor of plaintiff entered upon a verdict in
an action to recover for personal injuries alleged to have
been sustained by plaintiff through the negligence of
defendant, his employer.

The motion was made upon the grounds that the excep-
tions were frivolous and the appeal taken only for purposes
of delay.

*William J. Maloney* for motion.

*Satterlee, Bissell, Taylor & French* opposed.

Motion denied, with ten dollars costs.